

**RECEIVED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

JAN 26 2024 JXM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| :Debra-Breckenridge: Jones | ) | In a petition for removal from the Circuit Court of Cook County Illinois |
| | ) | |
| Petitioner | ) | |
| v. | ) | |
| | ) | CASE NO. 2019COTD002518 |
| In the Matter of the Application of | ) | |
| The County Treasurer and Ex-Officio County | ) | |
| Collector of Cook County, Illinois for | ) | |
| Judgment and Order of Sale against Lands | ) | **Case 1:24-cv-00706** |
| and Lots upon Delinquent for the Non-Payment | ) | **Judge Steven C. Seeger** |
| of General Taxes. | ) | **Magistrate Judge M. David Weisman** |
| | ) | **CAT. 2 / RANDOM** |
| CORONA INVESTMENTS LLC, AMERICAN | ) | |
| REAL ESTATE LLC, by substitution, | ) | |
| ATLAS ASSET MANAGEMENT REALTY | ) | |
| LLC, by 2nd substitution | | |
| | | |
| Respondents | | |

**PETITION FOR ORDER OF REMOVAL BASED ON VOID JUDGMENT,**

**VIOLATION OF OATH OF OFFICE, VIOLATION OF RULE 12 B,**

**VIOLATION OF 4TH, 5TH , 6TH 7TH AND 8TH AMENDMENTS OF THE US**

**CONSTITUTION, Title 28 U.S.C. § 1441(b)(2) and/or §1443(1)**

Petitioner requests to have the Circuit Court of Cook County court case 2019COTD002518 be

removed from that court to Federal District Court in accordance with Title 28 U.S. Code §

1441(b)(2) and/or 1443(1). Circuit Court of Cook County and Cook County Illinois have caused

irreparable damage to me by their actions infringing on my constitutional rights and rights in

equity.

1

I. Petitioner invokes Article III which extends the jurisdiction to cases arising under the U.S. Constitution.

II. Petitioner brings this petition pursuant to Title 42 U.S. Code §1983, 1985, 1986, 1987, and 1988, Title 18 U.S. Code §241 and §242 for violations of certain protections guaranteed to her by the Fourth, Fifth, Sixth, Seventh and Eighth Amendments of the federal Constitution, by judge James R Carroll under color of law in his capacity as a judge in the Circuit Court of Cook County, Illinois.

The parties and Circuit Court of Cook County Illinois are hereby given formal **notice** that the combination of filings made under both the Circuit Court of Cook County Illinois now herewith, as well as within the federal court, *automatically* **divests** this Court of **any and all** further authority and jurisdiction over these proceedings – **bar none** (*see* 28 USC § 1446 (d)) – and, *therefore*, there will be **NO** more hearings, orders, or *any* other proceedings held, made, or done within the Circuit Court of Cook County Illinois cause, including Respondents to this Petition taking any further steps to seize my property, including the changing of locks and any other form of lockout and seizure, until, and unless, further notice or order is first made by the Federal judge of said United States District Court.

Respectfully submitted,

By: *Debra-Breckenridge: Jones*

:Debra-Breckenridge: Jones,
Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2024, the foregoing document was filed in Court, and a copy was emailed to Respondent's attorney on record via Tyler Host Odysee E-file, and on or before January 26, 2024 via USPS.

By: _____
:Debra-Breckenridge.Jones
Petitioner

3

Hearing Start: No hearing scheduled

EXHIBIT

Circuit Court of Cook County, Illinois
County Department – County Division

FILED
1/25/2024 3:23 PM
Iris Y. Martinez
CIRCUIT CLERK
COOK COUNTY, IL
2019COTD002518

In the Matter of the Application of
The County Treasurer and Ex-Officio County
Collector of Cook County, Illinois for Judgment and
Order of Sale against Lands and Lots upon Delinquent for
the Non-Payment of General Taxes.

Case No. 2019COTD002518

CORONA INVESTMENTS, LLC for
Tax Deed, AMERICAN REAL ESTATE, LLC
by substitution and ATLAS ASSET MANAGEMENT REALTY LLC
by 2nd Substitution
Petitioner

:Debra-Breckenridge: Jones, Respondent

NOTICE OF FILING

To: Jamie Schmidtke
CARTER LEGAL GROUP PC
225 W Washington St. Ste 1130
Chicago, IL 60606

You are hereby notified that on January 25, 2024, I electronically submitted for filing the attached
PETITION FOR ORDER OF REMOVAL BASED ON VOID JUDGMENT, VIOLATION OF OATH OF OFFICE,
VIOLATION OF RULE 12 B, VIOLATION OF 4TH, 5TH , 6TH 7TH AND 8TH AMENDMENTS OF THE US
CONSTITUTION, Title 28 U.S.C. § 1441(b)(2) and/or §1443(1). I electronically emailed a copy to Jamie
Schmidtke through the Odyssey E-file system (Tyler Host) on or before January 25, 2024 and via Gmail on
January 24, 2024.

Date: January 25, 2024

By: :Debra-Breckenridge: Jones
1212 Naper Blvd, Ste 119, Unit 218
Naperville, Illinois 60540
773-892-9553

**EXHIBIT 1**

FILED
1/25/2024 3:23 PM
Iris Y. Martinez
CIRCUIT CLERK
COOK COUNTY, IL
2019COTD002518

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| :Debra-Breckenridge: Jones )<br>)<br>Petitioner )<br>v. )<br>)<br>In the Matter of the Application of )<br>The County Treasurer and Ex-Officio County )<br>Collector of Cook County, Illinois for )<br>Judgment and Order of Sale against Lands )<br>and Lots upon Delinquent for the Non-Payment )<br>of General Taxes. )<br>)<br>CORONA INVESTMENTS LLC, AMERICAN )<br>REAL ESTATE LLC, by substitution, )<br>ATLAS ASSET MANAGEMENT REALTY )<br>LLC, by 2ⁿᵈ substitution | In a petition for removal from the Circuit Court of Cook County Illinois<br><br><br>CASE NO. 2019COTD002518 |

Respondents

**PETITION FOR ORDER OF REMOVAL BASED ON VOID JUDGMENT, VIOLATION OF OATH OF OFFICE, VIOLATION OF RULE 12 B, VIOLATION OF 4ᵀᴴ, 5ᵀᴴ , 6ᵀᴴ 7ᵀᴴ AND 8ᵀᴴ AMENDMENTS OF THE US CONSTITUTION, Title 28 U.S.C. § 1441(b)(2) and/or §1443(1)**

Petitioner requests to have the Circuit Court of Cook County court case 2019COTD002518 be removed from that court to Federal District Court in accordance with Title 28 U.S. Code § 1441(b)(2) and/or 1443(1). Circuit Court of Cook County and Cook County Illinois have caused irreparable damage to me by their actions infringing on my constitutional rights and rights in equity.

1

I. Petitioner invokes Article III which extends the jurisdiction to cases arising under the FILED<br>1/25/2024 3:23 PM<br>Iris Y. Martinez<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2019COTD002518

Constitution.

II. Petitioner brings this petition pursuant to Title 42 U.S. Code §1983, 1985, 1986, 1987, and

1988, Title 18 U.S. Code §241 and §242 for violations of certain protections guaranteed to her

by the Fourth, Fifth, Sixth, Seventh and Eighth Amendments of the federal Constitution, by

judge James R Carroll under color of law in his capacity as a judge in the Circuit Court of Cook

County, Illinois.

The parties and Circuit Court of Cook County Illinois are hereby given formal **notice** that the

combination of filings made under both the Circuit Court of Cook County Illinois now herewith,

as well as within the federal court, *automatically* **divests** this Court of **any and all** further

authority and jurisdiction over these proceedings – **bar none** (*see* 28 USC § 1446 (d)) – and,

*therefore*, there will be **NO** more hearings, orders, or *any* other proceedings held, made, or done

within the Circuit Court of Cook County Illinois cause, including Respondents to this Petition

taking any further steps to seize my property, including the changing of locks and any other form

of lockout and seizure, until, and unless, further notice or order is first made by the Federal judge

of said United States District Court.

> Respectfully submitted,
>
> By: :Debra-Breckenridge: Jones,
> Petitioner

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2024, the foregoing document was

filed in Court, and a copy was emailed to Respondent's attorney on record via Tyler Host Odysee E-file, and on or before January 26, 2024 via USPS.

By

:Debra-Breckenridge: Jones
Petitioner

3